**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (if known) _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  __FC Windenergy GmbH__

2. **Debtor's unique identifier**

   For non-individual debtors:
   ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __
   ☒ Other __HRB 224986__   Describe identifier __Commercial Register (Handelsregister) at Local Court (Amtsgericht) Stuttgart, Germany__

   For individual debtors:
   ☐ Social Security number: xxx – xx – __ __ __ __
   ☐ Individual Taxpayer Identification number (ITIN): 9xx – xx – __ __ __ __
   ☐ Other _____ Describe identifier _____

3. **Name of foreign representative(s)**   __Holger Blümle as insolvency administrator__

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**   __Insolvency Proceeding (Insolvenzverfahren), AG Esslingen, Germany, 5 IN 398/13__

5. **Nature of the foreign proceeding**

   Check one:
   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☒ Yes

Debtor   **FC Windenergy GmbH**
         Name                                                              Case number (if known)

**8. Others entitled to notice**   Attach a list containing the names and addresses of:
   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,
   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**   Country where the debtor has the center of its main interests:

**Germany**

Debtor's registered office:

**Curiestrasse 2**
Number    Street

P.O. Box

**70563 Stuttgart**
City       State/Province/Region    ZIP/Postal Code

**Germany**
Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City       State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

**Paulinenstrasse 41**
Number    Street

P.O. Box

**70178 Stuttgart**
City       State/Province/Region    ZIP/Postal Code

**Germany**
Country

**10. Debtor's website (URL)**   --

**11. Type of debtor**   Check one:

☒ Non-Individual (check one):
   ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
   ☐ Partnership
   ☒ Other. Specify: **German limited liability company (Gesellschaft mit beschränkter Haftung)**
☐ Individual

| Debtor | FC Windenergy GmbH | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in this district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    Holger Blümle
Signature of foreign representative    Printed name

Executed on    January 11, 2016
              MM / DD / YYYY

X _____    _____
Signature of foreign representative    Printed name

Executed on _____
            MM / DD / YYYY

**14. Signature of attorney**

X _____    Date   January 11, 2016
Signature of Attorney for foreign representative        MM / DD / YYYY

Adam Hiller
Printed name
Hiller & Arban, LLC
Firm name
1500 North French Street, Second Floor
Number    Street

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

(302) 442 - 7676             contact@hillerarban.com
Contact phone                Email address

4105                         DE
Bar number                   State