IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FC WINDENERGY GMBH,

Debtor.

Chapter 15
Case No. 16-10056

## ORDER SCHEDULING HEARING ON VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE OF HEARING

UPON CONSIDERATION OF application (the "Application") for an order scheduling the hearing on, and specifying the form and manner and notice of hearing on, the Verified Petition for Chapter 15 Recognition and Chapter 15 Relief (the "Petition") filed by and on behalf of Holger Blümle, in his capacity as the duly appointed German Insolvency Administrator and foreign representative (the "Foreign Representative") of FC Windenergy GmbH (the "Debtor"), a debtor in a foreign proceeding pending in the Local Court (*Amtsgericht*) – Insolvency Court (*Insolvenzgericht*) – of Esslingen, Germany (the "German Court"), Case No. 5 IN 398/13 (the "German Proceeding"); IT IS HEREBY ORDERED as follows:

1. The form of notice attached hereto as **Exhibit A** (the "Notice") is hereby APPROVED in connection with the hearing on, and objection deadline to, the Petition.

2. Copies of the Notice, the Petition and the documents filed in support of the Petition (collectively, the "Service Documents") shall be served by first-class mail, postage prepaid, upon the Chapter 15 Notice Parties (as defined in the Application) on or before January 15, 2016. If any other party files a notice of appearance in this case, the Foreign Representative's United States counsel shall serve copies of the Service Documents upon such party within ten (10) business days of the filing of such notice of appearance if such

documents have not already been served on such party (or its counsel, including outside counsel).

3. Service of the Service Documents in accordance with this Order is hereby approved as adequate and sufficient notice, and service of the Service Documents on all interested parties.

4. A hearing (the "Hearing") on the relief sought in the Petition as well as responses or objections, if any, to the Service Documents shall be held on February 5, 2016 at 10:30 a.m. (prevailing Eastern Time), before the Honorable Mary F. Walrath United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, U.S.A.

5. Objections, if any, to any of the relief requested in the Service Documents must (i) be in writing, (ii) describe with particularity the basis for the objection; (iii) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, U.S.A, on or before January 29, 2016 at 4:00 pm. Prevailing Eastern Time (the "Objection Deadline"); and (iv) be served upon Adam Hiller, Esquire, Hiller & Arban, LLC, 1500 North French Street, 2nd Floor, Wilmington, Delaware 19801, ahiller@hillerarban.com, so as to be received on or before the Objection Deadline (or such later date and time as the Foreign Representative's counsel shall agree in writing). Replies to any such objections shall be filed and served not later than 2 business days before the Hearing.

6. The Hearing may be adjourned from time to time without notice other than an announcement in open court at the Hearing or the adjourned date of the hearing.

-3-

7. All notice requirements specified in § 1514(c) are hereby found to be inapplicable or are otherwise waived.

8. Service pursuant to this Order shall be good and sufficient service and adequate notice of the hearing to consider the Petition and the Foreign Representative's request for an order granting recognition of the foreign proceeding as a "foreign main proceeding" and for related relief, including the automatic stay.

Dated: Jan. 12, 2016

_____
UNITED STATES BANKRUPTCY JUDGE