# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FC WINDENERGY GMBH,

Debtor.

Chapter 15
Case No. _____

## NOTICE OF FILING AND HEARING ON VERIFIED PETITION UNDER
## CHAPTER 15 FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING

PLEASE TAKE NOTICE that Holger Blümle, in his capacity as the duly appointed German Insolvency Administrator (*Insolvenzverwalter*) and foreign representative (the "Foreign Representative") of FC Windenergy GmbH (the "Debtor"), a debtor in a foreign proceeding pending before the Local Court (*Amtsgericht*)–Insolvency Court (*Insolvenzgericht*)–of Esslingen, Germany (the "German Court"), Case No. 5 IN 398/13 (the "German Proceeding"), by the Foreign Representative's United States counsel, Hiller & Arban, LLC, filed an Official Form 401 petition, accompanied by a Verified Petition For Recognition and Chapter 15 Relief (the "Verified Petition") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), commencing a Chapter 15 case ancillary to the German Proceeding. In the Verified Petition, the Foreign Representative seeks recognition of the German Proceeding as a "foreign main proceeding" within the meaning of §§ 1517(b)(1) & 1502(4) of the Bankruptcy Code and a determination that he is the proper foreign representative as defined by § 101(24) and as used throughout Chapter 15 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE, that a copy of the Verified Petition is being served with a copy of this notice, along with the lists and declarations required to be filed with the Verified Petition pursuant to Fed. R. Bankr. P. 1007(a)(4) and § 1515 of the Bankruptcy Code (collectively the "Supporting Documents"). Additional copies of the Verified Petition and the Supporting Documents will be made available upon request directed to the undersigned United States counsel for the Foreign Representative.

PLEASE TAKE FURTHER NOTICE, that, pursuant to the Order Scheduling Hearing on Verified Chapter 15 Petition and Specifying Form and Manner of Notice of Hearing (Docket No. _____) (the "Scheduling Order"), a copy of which is also enclosed with this notice, the Bankruptcy Court has scheduled a hearing on the Verified Petition on _____, 20___ at _____ Prevailing Eastern Time before the Honorable _____, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, ____ Floor, Courtroom #____, Wilmington, Delaware 19801, U.S.A.

PLEASE TAKE FURTHER NOTICE, that any response or objection to the relief requested in the Verified Petition must (i) be in writing, (ii) describe with particularity the basis for the objection; (iii) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd

Floor, Wilmington, Delaware 19801, U.S.A, on or before _____, 201___ at _____ Prevailing Eastern Time (the "Objection Deadline"); and (iv) be served upon Adam Hiller, Esquire, Hiller & Arban, LLC, 1500 North French Street, 2nd Floor, Wilmington, Delaware 19801, ahiller@hillerarban.com, so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE, that all parties in interest opposed to the Verified Petition or the Foreign Representative's request for relief must appear at the Hearing at the time and place set forth above.

PLEASE TAKE FURTHER NOTICE, that the Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Hearing of the adjourned date or dates or any further adjourned hearing.

PLEASE TAKE FURTHER NOTICE, that Foreign Representative intends to raise issues pertaining to foreign law, German insolvency law, in connection with the Verified Petition: (i) recognizing the German Proceeding as a foreign main proceeding pursuant to Chapter 15 of the Bankruptcy Code and the Foreign Representative as the Debtor's foreign representative under §§ 1509 and 1517 of the Bankruptcy Code; and (ii) granting automatic relief pursuant to § 1520 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE, that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the recognition and relief requested by the Foreign Representative without further notice or hearing.

BY ORDER OF THE COURT

Adam Hiller, Esquire
Brian Arban, Esquire
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801
302.442.7676 telephone
ahiller@hillerarban.com
*U.S. Attorneys for the Foreign Representative*